But, #y the pouRT
 

 :-^In all queftions of this nature, wfe muft be governed by a found difcretion; in order to prevent, on the one hand, an unneceffar.y procraftination, and, on the other hand, to, avoid an injurious precipitation of trials. In the prefent inftance, we think there is a fufficient foundation laid before us,, to juftify our granting a continuance ’till the next Term. If the cauie were now? to be taken up, it.muft be heard and decided
 
 ex parte.
 
 It is .true, that counfel might even at this time be employed, fo as to admit, perhaps, of an argument before the court rifes; but it is reafonable, that in a caufe of fuch magnitude,
 
 *
 
 the counfel fhould have an oppor
 
 *306
 
 tunity to inveftigate the principles, and to confider the authorities conne&ed with it, out of term, and unencumbered by the prefiure óf the current bufinefs of the court.
 

 Let the Caufe be. continued.
 

 *
 

 The Attorney General Hated the pbinfih controverfy to ante on. thefe fails : Lord Fairfax Was a cifizen of yirgirlia, anti died in the year
 
 *306
 
 1780; Having made a will by which he'dev jfed certain lands in that ftate, to the Defendant in esror, who then was, and ever has been, a Britiíh fabjeft, relident in Great Britain. The queftion is, whether being thus
 
 an alien,
 
 the Defendant in error can
 
 take and hold
 
 the lands by de-vife? And, it will be contended, that his title is completely proteifted bythe Treaty of Peace, concluded between the tlnited States and.Great Britain, in the year 1783.
 

 Chase,
 
 ~Jupce
 
 : 1 recollect, that in Harrifon’s cafe, a deciiion in favor offucha devifee’s title was given, by a court in Maryland. It is a matter; however, of great momenl; and ought to be deliberately-and finally fettled.